# United States District Court
## Southern District of Texas
### Holding Session in McAllen

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| **FRANCISCO JAVIER GARZA-GALVAN** | Case Number: **7:05CR00003-001** |
| | USM Number: 46551-179 |

☐ See Additional Aliases.

Arturo Vasquez, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __Mandatory, Standard #2 and Special__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1. | Illegal possession and unlawful use of a controlled substance, to wit: cocaine. | 08/29/06 & 02/01/07 |

☒ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-6525
Defendant's Date of Birth: 1979

Defendant's Residence Address:
Juan Rodriguez #506, Colonia Jacinto Lopez #1
Reynosa, Tamaulipas
Mexico

Defendant's Mailing Address:
Juan Rodriguez #506, Colonia Jacinto Lopez #1
Reynosa, Tamaulipas
Mexico

November 9, 2007
Date of Imposition of Judgment

*Randy Crane* (signature)
Signature of Judge

**RANDY CRANE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

November 20, 2007
Date

kl | 217942
VTB

DEFENDANT: **FRANCISCO JAVIER GARZA-GALVAN**
CASE NUMBER: **7:05CR00003-001**

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| 2. | Failure to report to the probation officer and failure to submit a truthful and complete written report within the first five days of each month. | 11/02/06, 11/05/06, 12/05/06, 02/05/07, 03/01/07, 03/05/07, 04/05/07, 05/05/07, 06/05/07, 07/05/07, 08/05/07, 09/05/07 & 10/05/07 |
| 3. | Failure to participate as directed in a drug/alcohol treatment program. | 08/29/06, 09/05/06, 11/09/06, 11/15/06 & 11/17/06 |

DEFENDANT: **FRANCISCO JAVIER GARZA-GALVAN**
CASE NUMBER: **7:05CR00003-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____3 months._____

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ by _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                                                  UNITED STATES MARSHAL

                                                      By _____
                                                                  DEPUTY UNITED STATES MARSHAL